JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silver Atuseri,<br>  Plaintiff,<br><br>    v.<br><br>CMFG Life Insurance Company,<br>  Defendant. | 2:23-cv-01820-DSF-JPR<br><br>JUDGMENT |

  The Court having granted a motion for summary judgment.

  IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  June 5, 2024

             _____
             Dale S. Fischer
             United States District Judge